IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIRSTEN CRATTY**                                                                                          **PLAINTIFF**

v.                               Case No. 4:20-cv-01327 KGB

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 10). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 3rd day of May, 2021.

_____
Kristine G. Baker
United States District Judge